UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

THE ECHO DESIGN GROUP, INC.,

        Plaintiff,

v.

GMPC LLC d/b/a THE ACCESSORY COLLECTIVE,

        Defendant.

---

Civil Action No. 1:13-cv-6157

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(A)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff The Echo Design Group, Inc. hereby gives notice that the above-captioned action is voluntarily dismissed, with prejudice against the defendant GMPC LLC d/b/a The Accessory Collective.

Dated: New York, New York
       January 14, 2014

Respectfully submitted,

By: _____
Edward F. Maluf
E-mail: emaluf@seyfarth.com
SEYFARTH SHAW, LLP
620 Eighth Avenue
New York, NY 10018-1405
Telephone: (212) 218-5500
Facsimile: (212) 218-5526

16685350v.1

Brian L. Michaelis
E-mail: bmichaelis@seyfarth.com
Joseph M. Walker
E-mail: jmwalker@seyfarth.com
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210-2028
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

*Attorneys for Plaintiff*
THE ECHO DESIGN GROUP, INC.